UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASSOCIATED TERMINALS OF ST. BERNARD LLC<br><br>VERSUS<br><br>AMERICA METALS TRADING (USA), INC., in personam, and M/V CLIPPER KAMOSHIO, her engines, tackle, apparel, furniture, etc., in rem | CIVIL ACTION<br><br>NO.<br><br>SECTION |

## COMPLAINT

**TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

The Complaint of Associated Terminals of St. Bernard LLC ("ATSB"), against America Metals Trading (USA), Inc. ("America Metals"), in personam, and the M/V CLIPPER KAMOSHIO, her engines, tackle, apparel, furniture, etc., in rem, in a cause of action civil and maritime for breach of maritime contract and maritime lien foreclosure, respectfully represents as follows:

1.

This is a case of admiralty or maritime jurisdiction, as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2.

At all pertinent times hereto, Plaintiff, ATSB, was and now is a domestic limited liability company organized and existing under and by virtue of the laws of

7.

As a result of the above-described stevedoring services, Defendants America Metals and the M/V CLIPPER KAMOSHIO are justly and truly indebted to ATSB in the total amount of FORTY ONE THOUSAND NINE HUNDRED SIXTEEN AND 93/100 U.S. DOLLARS ($41,916.93), no part of which has been paid despite due demand therefor. See Invoice (attached as Exhibit "A").

8.

On or about January 15, 2013, and in accordance with La. R.S. §9:2781, undersigned counsel for ATSB sent written demand to America Metals, via certified mail, correctly setting forth the amount owed for the stevedoring services hereinabove described, and entitling ATSB, upon non-payment by America Metals within thirty days of the date that written demand was sent, to recover reasonable attorney's fees for the prosecution and collection of this outstanding claim. See Letter of January 15, 2013 (attached as Exhibit "B").

9.

By reason of the matters herein set forth, Plaintiff, ATSB, has a maritime lien against the M/V CLIPPER KAMOSHIO, her engines, tackle, apparel, etc., see, 46 U.S.C. §§31301 et seq., in the sum of FORTY ONE THOUSAND NINE HUNDRED SIXTEEN AND 93/100 U.S. DOLLARS ($41,916.93), together with interest, attorney's fees, costs, and disbursements.

10.

All and singular, the premises are true and within the admiralty or maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Plaintiff, Associated Terminals of St. Bernard LLC, prays that:

(1) process in due form of law issue against the M/V CLIPPER KAMOSHIO, her engines, tackle, apparel, etc., citing those having or claiming any interest in said vessel to appear and answer this Complaint;

(2) process in due form of law issue against America Metals Trading (USA), Inc. citing it to appear and respond to the allegations contained herein;

(3) after due proceedings are had there be judgment herein in favor of Plaintiff, Associated Terminals of St. Bernard LLC, and against Defendants, America Metals Trading (USA), Inc. and the M/V CLIPPER KAMOSHIO, recognizing its maritime lien against the M/V CLIPPER KAMOSHIO and awarding Associated Terminals of St. Bernard LLC the amount of FORTY ONE THOUSAND NINE HUNDRED SIXTEEN AND 93/100 U.S. DOLLARS ($41,916.93), together with interest, attorney's fees, costs, and disbursements; and

(4) the M/V CLIPPER KAMOSHIO, her engines, tackle, apparel, furniture, etc. be condemned and sold to satisfy the judgment herein.

Respectfully submitted, this 7ᵀᴴ day of February, 2013.

DAIGLE FISSE & KESSENICH, PLC

BY: *[signature]*

J. FREDRICK KESSENICH (7354)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
e-mail: rkessenich@daiglefisse.com
kaurandt@daiglefisse.com
Attorneys for Plaintiffs, Associated Terminals of St. Bernard LLC

**PLEASE WITHHOLD IN REM SERVICE ON THE M/V CLIPPER KAMOSHIO UNTIL FURTHER NOTICE**

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

BEFORE ME, the undersigned, personally came and appeared:

**KIRK N. AURANDT**

who after being duly sworn, did depose and say that:

He is an attorney with the law firm of Daigle, Fisse & Kessenich, PLC; that he prepared the above and foregoing Complaint; and that all of the allegations of fact therein contained are true and correct to the best of his knowledge, information, and belief; that the sources of deponent's knowledge and the grounds of his belief are communications received from Plaintiff and its agents, and from documents in the possession of attorneys for Plaintiff.

_____
KIRK N. AURANDT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7TH DAY OF
FEBRUARY, 2013.

_____
NOTARY PUBLIC

J. Fredrick Kessenich
La Bar No. 7354
P.O. Box 635
Covington, LA 70434-5350
Commissioned for Life

- 6 -